# ADRIENNE M. PARDINI
e-mail: adrienne_pardini@yahoo.com

---

## PROFILE

An Executive Assistant with a total of nearly 20 years of professional business management experience. Proven skills include being effective in operations management, training and performance documentation, curriculum development, as well as with client and subcontractor communications, and financial management. Attributes include organizational and time management skills, as well as positively effecting team contributions, and a very high degree of ethics. Poised and well prepared for new challenges.

## MOST RELEVANT PROFESSIONAL EXPERIENCE

Still Life with Systems, Albany NY
2005-09/2006
**Executive Assistant**
- Liaison between software design and development executive and clients, including internal database maintenance, financial management, and project management.
- Development of software usage documentation for various clients as well as managing client communications and technical support. Developed software was all web-based.
- Performed testing and quality assurance on developed software products.

PMA, Los Angeles, CA
2000 - 2004
**Executive Assistant**
- Responsible for all office and project management assignments for this multi-divisional firm with architectural, production, and construction operations, as well as direction of up to 10 staff.
- Accountable for identifying, researching and hiring all subcontractors to conduct assignments for the modernization of up to five simultaneously projects worth as much as $700k individually and $1.5M cumulatively for major clients that included Planet Hollywood, Red Lobster and Denny's and several others.
- Managed payroll, AR, AP, banking, and all business operational details for each division, as well as updated project reports from each sub-contractor and communicated status of each to the owner.

MARK'S CPA REVIEWS, Los Angeles, CA
1997 - 2000
**General Manager**
- Accountable for all business operations including leadership of 12 staff, client recruitment, accounting, cash management, payroll, marketing and event planning for this professional training firm preparing CPAs for licensing exam across national, in addition to internationally.
- Developed curriculum, with state university professors, for 17-week study program for national CPA Boards.
- Planned and coordinated recruiting events for up to 500 attendees including professional student clients, representatives from Big Five CPA firms, and organizations such as the FBI.
- Orchestrated growth business to become a $1M per year business, increased market share and successfully assumed all responsibilities 90 days to allow owner to permanently relocate to England.


EXHIBIT A

## ADDITIONAL PROFESSIONAL EXPERIENCE

LOS ANGELES COUNTY, Los Angeles, CA                                        2004 - 2005
**Foster Care Provider**
- Recruited to care for infant, due to nursing skills, until the child was legally adopted.

PSYCHIATRIC NURSE, Los Angeles, CA                                          1989 - 1993
**Charge Nurse**
- Developed treatment plan model and a curriculum nationally distributed for inpatient care still currently used.
- Managed care of 100, high-risk, youthful offender psychiatric patients assigned to locked units.
- Directed and trained as many as 25 staff, completed schedules, managed payroll, and completed performance evaluations.

---

## EDUCATION AND PROFESSIONAL DEVELOPMENT

*Current Member local Chapter: Executive Success Program; BS Degree in Psychology, Oklahoma State, Edgemont, OK; Small Business Management Certificate Program; Pasadena City College, Pasadena, CA; Graduate, Registered Nurse Diploma Program; Mount San Antonio College, Walnut, CA; and Graduate, LAPD Police Training Academy, Los Angeles, CA*

## COMPUTER KNOWLEDGE

Windows, Word, Excel, as well as QuickBooks, and Peachtree Accounting, Outlook and Internet

## COMMUNITY INVOLVEMENT

An avid supporter of the Special Olympics and a Teen Mentor for several years

## PERSONAL INTERESTS

Enthusiastic reader of world affairs and US history books, traveling and skydiving