Page 1 of 1

Adrienne Pardini (apardini@lingualinx.com)
adrienne_pardini@yahoo.com
Date: Wednesday, October 3, 2007 9:24:47 AM
Subject: FW: Estimates needed by noon tomorrow (Weds)

---

**From:** Anne McCourt [mailto:amccourt@faganwelles.com]
**Sent:** Tuesday, October 02, 2007 12:37 PM
**To:** Adrienne Pardini
**Subject:** Estimates needed by noon tomorrow (Weds)

Hi Adrienne!
Can you please provide costs to translate into Spanish this two items? The first attachment (Rack_Card_Sams) needs to be translated into Mexican Spanish, while the other needs to be translated into American Spanish. Also – the coupon in the second pdf does not need to be translated.

Please let me know if you will be able to get these costs to me by Noon tomorrow.

Thanks,
Anne

**Anne McCourt**  Fagan | Welles
2325 Third Street, #202  San Francisco, CA  94107
T:415.864.2374   F:415.864.2475   C:415.425.9565
www.faganwelles.com

