Print                                                                                                                                                   Page 1 of 3

**From:** adrienne pardini (adrienne_pardini@yahoo.com)
**To:** tarek@loqmangroup.com
**Date:** Monday, October 8, 2007 5:57:38 PM
**Subject:** Re: Opportunities

Ok, sounds good. I will see you there at 5, and again, thank you.


----- Original Message ----
From: Tarek Dachraoui <tarek@loqmangroup.com>
To: adrienne pardini <adrienne_pardini@yahoo.com>
Sent: Monday, October 8, 2007 5:56:00 PM
Subject: RE: Opportunities

Really, tomorrow is fine. I need to shake this jetlag and I will be really busy until mid-November so it really doesn't make any difference. Besides, starting from October 10th all my evenings will be busy with a couple of concerts and the Arab Film Festival.

**From:** adrienne pardini [mailto:adrienne_pardini@yahoo.com]
**Sent:** Monday, October 08, 2007 5:47 PM
**To:** tarek@loqmangroup.com
**Subject:** Re: Opportunities

That will be fine for me but if you need to do it another time please let me know.


----- Original Message ----
From: Tarek Dachraoui <tarek@loqmangroup.com>
To: adrienne pardini <adrienne_pardini@yahoo.com>
Sent: Monday, October 8, 2007 5:36:52 PM
Subject: RE: Opportunities

What about 5 PM? I'm still jetlagged, I have lots of work and I cannot even make it till 9 PM these days.

**From:** adrienne pardini [mailto:adrienne_pardini@yahoo.com]
**Sent:** Monday, October 08, 2007 5:34 PM
**To:** tarek@loqmangroup.com
**Subject:** Re: Opportunities

Hi Tarek:

Any time after 4 p.m. is fine, just let me know, it takes 20 minutes from Montgomery where I get on.

Adrienne

EXHIBIT F

http://us.mg1.mail.yahoo.com/dc/launch?rand=0olhitslu4634                                                                10/15/2007

Print                                                                                                   Page 2 of 3

----- Original Message -----
From: Tarek Dachraoui <tarek@loqmangroup.com>
To: adrienne pardini <adrienne_pardini@yahoo.com>
Sent: Monday, October 8, 2007 5:30:05 PM
Subject: RE: Opportunities

Hi Adrienne,

The station is downtown Berkeley. What time is good for you?

**From:** adrienne pardini [mailto:adrienne_pardini@yahoo.com]
**Sent:** Monday, October 08, 2007 7:42 AM
**To:** tarek@loqmangroup.com
**Subject:** Re: Opportunities

Hello Tarek:

Tuesday will be great. Just let me know which station to get off on and I will see you there.

Thank you very much,

Adrienne
----- Original Message -----
From: Tarek Dachraoui <tarek@loqmangroup.com>
To: adrienne pardini <adrienne_pardini@yahoo.com>
Sent: Monday, October 8, 2007 12:23:16 AM
Subject: RE: Opportunities

Hi Adrienne,

Yes I'm back and I'm still jetlagged.
What if meet on Tuesday? Can you make it to Berkeley in the evening around 6 PM? I know a couple of nice places where we can sit and talk. If the weather is nice we can go to Jupiter. It's a brewery by BART station on Shattuck Avenue or we can go to Cesar which is 5 blocks farther. That's only a suggestion. I know Oakland would probably be better for you but other than Rockridge (College Avenue) I don't know Oakland that well.

Take care,

Tarek

**From:** adrienne pardini [mailto:adrienne_pardini@yahoo.com]
**Sent:** Friday, October 05, 2007 6:05 PM
**To:** tarek@loqmantranslations.com
**Subject:** Opportunities

Hello again!

Tarek:

I will come straight to the point of trying to contact you; the situation with LinguaLinx has become quite deplorable on many levels. To keep it brief and in the interest of professionalism, David has made several sporadic decisions over the past few months that seriously make me wonder about the longevity

http://us.mg1.mail.yahoo.com/dc/launch?.rand=0olhitslu4634                                      10/15/2007

of the company.

The company moved me here and I have little to no contact or support from them. I am very, very good at what I do and want to work for an organization that values the people within it. In the year that I have been with them I have been quite successful at building lucrative relationships for the company.

Professionally, I do not know anyone here. I want to leave and I ask you if you can offer me assistance at all. If not, will you refer me to someone that could assist me? David, has a strange policy about loyalty, although he is not loyal to his employees, if he got wind at all that I was looking he would terminate me immediately. Mostly, I am concerned about reaching out to another LSP and it turn out that it be someone he knows.

Thom and I have settled in our loft in Oakland and absolutely love it; working for David has nearly drained me and I know that there is something great out there for me.

Your utmost confidentiality is greatly appreciated regarding this matter and I cannot adequately express how deeply I would appreciate any assistance at all.

Sincerely,

Adrienne
415.310.9146

Print                                                                                              Page 1 of 3

**From:** Tarek Dachraoui (tarek@loqmangroup.com)
**To:** 'adrienne pardini'
**Date:** Monday, October 8, 2007 5:56:00 PM
**Subject:** RE: Opportunities

Really, tomorrow is fine. I need to shake this jetlag and I will be really busy until mid-November so it really doesn't make any difference. Besides, starting from October 10th all my evenings will be busy with a couple of concerts and the Arab Film Festival.

**From:** adrienne pardini [mailto:adrienne_pardini@yahoo.com]
**Sent:** Monday, October 08, 2007 5:47 PM
**To:** tarek@loqmangroup.com
**Subject:** Re: Opportunities

That will be fine for me but if you need to do it another time please let me know.

----- Original Message -----
From: Tarek Dachraoui <tarek@loqmangroup.com>
To: adrienne pardini <adrienne_pardini@yahoo.com>
Sent: Monday, October 8, 2007 5:36:52 PM
Subject: RE: Opportunities

What about 5 PM? I'm still jetlagged, I have lots of work and I cannot even make it till 9 PM these days.

**From:** adrienne pardini [mailto:adrienne_pardini@yahoo.com]
**Sent:** Monday, October 08, 2007 5:34 PM
**To:** tarek@loqmangroup.com
**Subject:** Re: Opportunities

Hi Tarek:

Any time after 4 p.m. is fine, just let me know, it takes 20 minutes from Montgomery where I get on.

Adrienne

----- Original Message -----
From: Tarek Dachraoui <tarek@loqmangroup.com>
To: adrienne pardini <adrienne_pardini@yahoo.com>
Sent: Monday, October 8, 2007 5:30:05 PM
Subject: RE: Opportunities

Hi Adrienne,

The station is downtown Berkeley. What time is good for you?

**From:** adrienne pardini [mailto:adrienne_pardini@yahoo.com]

Print                                                                                                  Page 2 of 3

**Sent:** Monday, October 08, 2007 7:42 AM
**To:** tarek@loqmangroup.com
**Subject:** Re: Opportunities

Hello Tarek:

Tuesday will be great. Just let me know which station to get off on and I will see you there.

Thank you very much,

Adrienne
----- Original Message -----
**From:** Tarek Dachraoui <tarek@loqmangroup.com>
**To:** adrienne pardini <adrienne_pardini@yahoo.com>
**Sent:** Monday, October 8, 2007 12:23:16 AM
**Subject:** RE: Opportunities

Hi Adrienne,

Yes I'm back and I'm still jetlagged.
What if meet on Tuesday? Can you make it to Berkeley in the evening around 6 PM? I know a couple of nice places where we can sit and talk. If the weather is nice we can go to Jupiter. It's a brewery by BART station on Shattuck Avenue or we can go to Cesar which is 5 blocks farther. That's only a suggestion. I know Oakland would probably be better for you but other than Rockridge (College Avenue) I don't know Oakland that well.

Take care,

Tarek

**From:** adrienne pardini [mailto:adrienne_pardini@yahoo.com]
**Sent:** Friday, October 05, 2007 6:05 PM
**To:** tarek@loqmantranslations.com
**Subject:** Opportunities

Hello again!

Tarek:

I will come straight to the point of trying to contact you; the situation with LinguaLinx has become quite deplorable on many levels. To keep it brief and in the interest of professionalism, David has made several sporadic decisions over the past few months that seriously make me wonder about the longevity of the company.

The company moved me here and I have little to no contact or support from them. I am very, very good at what I do and want to work for an organization that values the people within it. In the year that I have been with them I have been quite successful at building lucrative relationships for the company.

Professionally, I do not know anyone here. I want to leave and I ask you if you can offer me assistance at all. If not, will you refer me to someone that could assist me? David, has a strange policy about loyalty, although he is not loyal to his employees, if he got wind at all that I was looking he would terminate me immediately. Mostly, I am concerned about reaching out to another LSP and it turn out that it be someone he knows.

http://us.mg1.mail.yahoo.com/dc/launch?.rand=0olhitslu4634                                     10/15/2007

Print                                                                 Page 3 of 3

Thom and I have settled in our loft in Oakland and absolutely love it; working for David has nearly drained me and I know that there is something great out there for me.

Your utmost confidentiality is greatly appreciated regarding this matter and I cannot adequately express how deeply I would appreciate any assistance at all.

Sincerely,

Adrienne
415.310.9146

http://us.mg1.mail.yahoo.com/dc/launch?.rand=0olhitslu4634                    10/15/2007

Print                                                                                                Page 1 of 3

**From:** Natalie Mann (natalie@loqmantranslations.com)
**To:** 'adrienne pardini'
**Date:** Wednesday, October 10, 2007 1:34:34 PM
**Subject:** RE: Good Morning!

Adrienne,

I am running later than hoped... I am just leaving my house. I will be there when BART gets me there. See you soon.

---

**From:** adrienne pardini [mailto:adrienne_pardini@yahoo.com]
**Sent:** Wednesday, October 10, 2007 11:56 AM
**To:** natalie@loqmantranslations.com
**Subject:** Re: Good Morning!

Also, the building has scaffolding around it and you enter on Battery...


----- Original Message -----
From: Natalie Mann <natalie@loqmantranslations.com>
To: adrienne pardini <adrienne_pardini@yahoo.com>
Sent: Wednesday, October 10, 2007 11:25:04 AM
Subject: RE: Good Morning!

Great! Peets, too. You really know how to pick your spot. I will try for 1:30 or 2.

---

**From:** adrienne pardini [mailto:adrienne_pardini@yahoo.com]
**Sent:** Wednesday, October 10, 2007 11:14 AM
**To:** natalie@loqmantranslations.com
**Subject:** Re: Good Morning!

Sounds great, I am at 22 Battery, Suite 610, (Corner of Market St.) it is the brick building that has the Peets on the first floor and any time is fine.


----- Original Message -----
From: Natalie Mann <natalie@loqmantranslations.com>
To: adrienne pardini <adrienne_pardini@yahoo.com>
Sent: Wednesday, October 10, 2007 11:05:09 AM
Subject: RE: Good Morning!

Hey!

I would love to see your office and YOU are my first priority. So, if it works for you, I can come there this afternoon. I could probably be there by around 1:30 or 2. I know we have a lot to figure out and since our concert is in SF, Tarek could meet us there later. He is really, really busy, though so doesn't have a lot

of time for us. Let me know at what point we can talk and scheme today. If it needs to be later, that is very fine. Let me know.

Natalie

---

**From:** adrienne pardini [mailto:adrienne_pardini@yahoo.com]
**Sent:** Wednesday, October 10, 2007 9:16 AM
**To:** natalie@loqmantranslations.com
**Subject:** Re: Good Morning!

Hello Natalie:

You beat me to it, first on my agenda was to contact you this morning! Thank you very much for a great evening and for braving East Oakland, I very much appreciated the lift.

There are many things that I would like to discuss with you, mainly about day to day operations. Also, if it is possible, are you able to drop by the Financial District any time soon? My schedule is very flexible and the more conversation we can have regarding this matter, the better.

I am both on a local and remote server here in the office so I am going to keep this brief.

You may contact me any time.

Sincerely,

Adrienne
415.310.9146 Cell


----- Original Message -----
From: Natalie Mann <natalie@loqmantranslations.com>
To: adrienne_pardini@yahoo.com
Sent: Wednesday, October 10, 2007 7:52:06 AM
Subject: Good Morning!

Good Morning, Adrienne!

We just wanted to touch-down with you...

I am so glad that I had a chance to meet you last night. We are very excited about the possibility of working with you. I know there is a fair amount to think about and discuss, but we want you as soon as you can break away.

As far as we're concerned, it is a done deal, but do what you need to do. I really want to have a contract written up, for us, but also for you. I will look into this today. I also wanted to let you know that tonight, Tarek and I will be at a concert from 7:30 to whenever, but we are here for you if anything comes up at any other time.

We'll give you some breathing room today, but we will talk again soon.

Print                                                                                                   Page 3 of 3

I hope you have a lovely day.

Natalie

| Natalie Mann - Partner | Loqman Translations | Phone + (1) 510 540 8590 | Fax + (1) 868 3331 | Email:
natalie@loqmantranslations.com | www.loqmantranslations.com |
| LOCALIZATION | TRANSLATION | INTERPRETING | CROSS-CULTURAL CONSULTING | VOICE-OVER | DUBBING | SUBTITLING |
DTP |