Print                                                                                              Page 1 of 1

**From:** adrienne pardini (adrienne_pardini@yahoo.com)
**To:** natalie@loqmantranslations.com
**Date:** Saturday, October 13, 2007 9:14:11 AM
**Cc:** tarek@loqmantranslations.com
**Subject:** Thank you, again...

Natalie and Tarek:

Once again, thank you very much for having us for dinner, even more so, thank you for your company and your support.

I am off here shortly to go over to the office to collect some personal items and other documents. I would like to meet again soon and discuss our possibilities, perhaps over a little less alcohol. :)

There are a couple of accounts that I would like to try and snag and the window of opportunity will be only open for a brief time. I can either forward them to you or if you could make me an adrienne@loq.... I can correspond with the potential clients that way. I do not need a password or anything, Natalie, I can tell you what to write and we can try and get them that way. There are two that I would like to send e-mails to before the weeekend is over.

Let me know your thoughts, you can reach me any time today via cell and again thank you for everything.

Adrienne


EXHIBIT 6

http://us.mg1.mail.yahoo.com/dc/launch?.rand=0olhitslu4634                                         10/15/2007

**From:** Natalie Mann (natalie@loqmantranslations.com)
**To:** 'Adrienne Pardini'
**Date:** Sunday, October 14, 2007 9:30:35 PM
**Cc:** 'adrienne pardini'
**Subject:** RE: Test

Hey Adrienne,

Feel free to call me in the am about this. I will be up early, but unavailable between 8:30 and 10.

---

Natalie Mann
Loqman Translations
ph (510) 540-8590 - (510) 540-8851
fax (510) 868-3331
info@loqmantranslations.com
www.loqmantranslations.com

---

**From:** Adrienne Pardini [mailto:adrienne@loqmantranslations.com]
**Sent:** Sunday, October 14, 2007 5:52 PM
**To:** natalie@loqmantranslations.com
**Subject:** RE: Test

I want to talk to you about the project I am going after tomorrow so when you have a moment please give me a ring. ☺

---

**From:** Natalie Mann [mailto:natalie@loqmantranslations.com]
**Sent:** Sunday, October 14, 2007 5:47 PM
**To:** 'Adrienne Pardini'
**Subject:** RE: Test

It works!

---

**From:** Adrienne Pardini [mailto:adrienne@loqmantranslations.com]
**Sent:** Sunday, October 14, 2007 5:40 PM
**To:** tarek@loqmantranslations.com
**Cc:** natalie@loqmantranslations.com
**Subject:** [Norton AntiSpam] Test

Please respond



Adrienne Pardini
Loqman Translations
5732 San Jose Avenue
Richmond, California 94804
510.540.8590 Phone
510.868.3331 Fax
WWW.loqmangroup.com

Print                                                                                                                Page 1 of 2

**From:** Natalie Mann (natalie@loqmantranslations.com)
**To:** 'Adrienne Pardini'
**Date:** Sunday, October 14, 2007 9:30:35 PM
**Cc:** 'adrienne pardini'
**Subject:** RE: Test

Hey Adrienne,

Feel free to call me in the am about this. I will be up early, but unavailable between 8:30 and 10.

Natalie Mann
Loqman Translations
ph (510) 540-8590 - (510) 540-8851
fax (510) 868-3331
info@loqmantranslations.com
www.loqmantranslations.com

---

**From:** Adrienne Pardini [mailto:adrienne@loqmantranslations.com]
**Sent:** Sunday, October 14, 2007 5:52 PM
**To:** natalie@loqmantranslations.com
**Subject:** RE: Test

I want to talk to you about the project I am going after tomorrow so when you have a moment please give me a ring. ☺

---

**From:** Natalie Mann [mailto:natalie@loqmantranslations.com]
**Sent:** Sunday, October 14, 2007 5:47 PM
**To:** 'Adrienne Pardini'
**Subject:** RE: Test

It works!

---

**From:** Adrienne Pardini [mailto:adrienne@loqmantranslations.com]
**Sent:** Sunday, October 14, 2007 5:40 PM
**To:** tarek@loqmantranslations.com
**Cc:** natalie@loqmantranslations.com
**Subject:** [Norton AntiSpam] Test

Please respond

Adrienne Pardini
Loqman Translations
5732 San Jose Avenue
Richmond, California 94804
510.540.8590 Phone
510.868.3331 Fax
WWW.loqmangroup.com

http://us.mg1.mail.yahoo.com/dc/launch?.rand=0olhitslu4634                                              10/15/2007