

Exhibit H