# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



LINGUALINX LANGUAGE SOLUTIONS, INC. a
New York Corporation

V.

ADRIENNE PARDINI, an individual, and
LOQMAN TRANSLATIONS, a division of
LOQMAN COMMUNICATIONS GROUP, LLC,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 07    5575    MMC

TO: (Name and address of defendant)

Adrienne Pardini
4701 San Leandro Street, Oakland, CA 94601

Loqman Communications Group, LLC
c/o Agent for Service of Process Natalie J. Mann
5732 San Jose Avenue, ~~San Jose~~, CA 94804
                     Richmond

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen H. Sutro
Terrance J. Evans
Duane Morris LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_____
(BY) DEPUTY CLERK

NOV 1 - 2007
DATE_____