1 | Felipe R. Parker (SBN 246212)
2 | The Law Office of Felipe Parker
3 | 405 49th Street
Oakland, CA 94609
4 | Main:  415.484.1448
5 | Fax:  415.294.2888
info@fparkerlaw.com

Attorney for Defendant
Loqman Translations

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINGUALINX LANGUAGE SOLUTIONS, INC, | CASE NO. CV 07 5575 MMC |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| PARDINI ET AL, | |
| Defendants. | |

///
///
///
///
///
///
///
///

TO THE COURT, PLAINTIFF AND ITS ATTORNEYS OF RECORD:

Notice is hereby given of the entry of the undersigned as counsel for defendant LOQMAN TRANSLATIONS in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

> Felipe R. Parker
> 405 49th Street
> Oakland, Ca 94609

This notice of appearance is not an acknowledgment of proper service on defendant LOQMAN TRANSLATIONS nor does this notice constitute waiver of proper service on defendant LOQMAN TRANSLATIONS.

DATED: November 7, 2007                   THE LAW OFFICE OF FELIPE PARKER

/s/
Felipe R. Parker
Attorney for Defendant
Loqman Translations