Felipe R. Parker (SBN 246212)

The Law Office of Felipe Parker
405 49th Street
Oakland, CA 94609
Main:   415.484.1448
Fax:    415.294.2888
info@fparkerlaw.com

Attorney for Defendant
Loqman Translations

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINGUALINX LANGUAGE SOLUTIONS, INC,<br><br>             Plaintiff,<br><br>      v.<br><br>PARDINI ET AL,<br><br>             Defendants. | CASE NO. CV 07 5575 MMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (BY DEFENDANT LOQMAN TRANSLATIONS)** |

   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

   **(1) Natalie Mann**

   **(2) Tarek Dachraoui**

///

1 | DATED: November 7, 2007          THE LAW OFFICE OF FELIPE PARKER

/s/ _____
Felipe R. Parker
Attorney for Defendant
Loqman Translations