| | |
|---|---|
| Attorney Or Party Without Attorney (Name and Address)<br>TERRANCE J. EVANS, ESQ.<br>DUANE MORRIS LLP<br>One Market, Spear Twr, Suite 2000<br>San Francisco, California  94105 | Telephone:<br>(415) 957-3000 |
| Attorneys for:  LINGUALINX LANGUAGE SOLUTIONS, INC. | Ref. No. Or File No.<br>W2486679 |

FOR COURT USE ONLY

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
LINGUALINX LANGUAGE SOLUTIONS, INC.

Defendant:
ADRIENNE PARDINI

**PROOF OF SERVICE**

| Date: | Time: | Dept/Div: | Case Number:<br>CV 07-5575 MMC |
|---|---|---|---|

I, Scott E. Lane , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : LOQMAN TRANSLATIONS, a division of LOQMAN COMMUNICATIONS GROUP, LLC

By Serving       : FELIPE PARKER, ESQ.. Authorized to Accept Service of Process

Address          : 405 49th Street , Oakland, California  94609
Date & Time      : Wednesday, November 7, 2007 @ 2:35 p.m.
Witness fees were : Not applicable.

Person serving:
Scott E. Lane
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 341
  (3) County: San Francisco
  (4) Expires: 7/26/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 8, 2007          Signature: _____
                                              Scott E. Lane


Printed on recycled paper

**WHEELS OF JUSTICE, INC.**   657 Mission Street, Suite 502 San Francisco, Ca 94105
Tel: (415) 546-6000   Fax: (415) 546-6199   Invoice No. W2486679

| | |
|---|---|
| Attorney TERRANCE J. EVANS, ESQ. | Date November 1, 2007 |
| Telephone (415) 957-3000 | Court UNITED STATES DISTRICT COURT |
| Fax (415) 957-3001 | NORTHERN DISTRICT OF CALIFORNIA |
| Atty File LINGUALINX LANGUAGE SOLUTIONS, INC. | Plaintiff LINGUALINX LANGUAGE SOLUTIONS, INC. |
| | Defendant ADRIENNE PARDINI |
| | Case No. CV 07-5575 MMC |
| Attention Beth Coffey | Documents: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION |
| Firm DUANE MORRIS LLP One Market, Spear Twr, Suite 2000 San Francisco, California 94105 | |

Serve: LOQMAN TRANSLATIONS, a division of LOQMAN COMMUNICATIONS GROUP, LLC

**Residence Address (1)**
5732 San Jose Avenue
Richmond, California 94804

NATALIE J. MANN, Agent for Service

**Business Address (2)**

Bus Phone

Special Instructions

| Hearing Date | Time | Dept | Last Date to Serve ROUTINE |
|---|---|---|---|
| Description | Age 38 | Hgt 5/10  Race Cauc . Wt 180 Sex M | Hair Brown |
| Service Date | 11/7/07 | Time 2:35 p.m.  Servers Name Scott E. Lane | |

Report 11/2/07 to 11/6/7
No answer, Provided address is residential...

11/7/07
No answer per Natalie's Husband, would like us to serve their attorney, FELIPE PARKER at 405 - 49th Street, Oakland, California 94609 (415) 484-1448

11/7/07   2:35 p.m.
Served FELIPE PARKER, ESQ.. Authorized to Accept Service of Process

| ITEM | CHARGES |
|---|---|
| Service | |
| Service Att | |
| Time | |
| Mileage | |
| Fees Adv. | |
| Check Charge | |
| Copywork | |
| Court Service | |
| **TOTAL** | |

Attorney Check Attached




Thank you for using WHEELS OF JUSTICE, INC.
Please remit payment with copy of this invoice - Net due upon receipt - IRS #94-3403270
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% or $5.00 MINIMUM PER MONTH