| Attorney Or Party Without Attorney (Name and Address) | Telephone | FOR COURT USE ONLY |
|---|---|---|
| TERRANCE J. EVANS, ESQ.<br>DUANE MORRIS LLP<br>One Market, Spear Twr, Suite 2000<br>San Francisco, California 94105 | (415) 957-3000 | |
| Attorneys for: LINGUALINX LANGUAGE SOLUTIONS, INC. | Ref. No. Or File No.<br>W2486680 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
LINGUALINX LANGUAGE SOLUTIONS, INC.

Defendant:
ADRIENNE PARDINI

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 07-5575 MMC |
|---|---|---|---|---|

I, Stephen Sabol, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : ADRIENNE PARDINI

By Serving       : "JOHN DOE" (42 yrs/5'10"/Cauc/185 lbs/M/Brn Hr), Occupant

Address          : 5732 San Jose Avenue , Richmond, California
Date & Time      : Friday, December 7, 2007 @ 4:21 p.m.
Witness fees were : Not applicable.

Person serving:
Stephen Sabol
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 382
   (3) County: San Francisco
   (4) Expires: 1/9/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 10, 2007

Signature: *Stephen Sabol*


Printed on recycled paper

TERRANCE J. EVANS, ESQ.
DUANE MORRIS LLP
One Market, Spear Twr, Suite 2000
San Francisco, California 94105
Telephone: (415) 957-3000
Attorneys for: LINGUALINX LANGUAGE SOLUTIONS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff(s)    : LINGUALINX LANGUAGE SOLUTIONS, INC.
Defendant(s) : ADRIENNE PARDINI

Hearing Date:
Time:          Dept.

Invoice No. W2486680        **DECLARATION RE DILIGENCE**        Case No. CV 07-5575 MMC

I Stephen Sabol                          , and any employees or independent contractors retained by
WHEELS OF JUSTICE, INC. are and were on the dates mentioned herein over the age of eighteen years
and not a party to this action. Personal service was attempted on

### ADRIENNE PARDINI

(3) Alternate Address : ,
(2) Business Address  : 5732 San Jose Avenue, Richmond, California
(1) Residence Address : 4701 San Leandro Street, Oakland, California 94601

| Date and time of attempt(s): | | Reason for non-service: | Loc |
|---|---|---|---|
| 11/03/07 | 8:45 a.m.  | No answer - male voice on message named Tom. | 1 |
| 11/04/07 | 9:40 a.m.  | No answer - don't know apt. # | 1 |
| 11/07/07 | 7:45 a.m.  | No answer | 1 |
| 11/17/07 | 8:30 a.m.  | No answer | 1 |
| 11/23/07 | 7:30 p.m.  | No answer - same voicemail | 1 |
| 11/25/07 | 9:15 a.m.  | No answer - same voicemail | 1 |
| 12/01/07 | 9:40 a.m.  | No answer - same voicemail | 1 |
| 12/02/07 | 6:15 p.m.  | No answer - same voicemail | 2 |
| 12/06/07 | 10:27 a.m. | Per male occupant subject does not live there and lives somewhere in Oakland. He refused to give his name or relation to Adrienne. White Jeep Liberty license number CA5PJV576 on premises. | |
| 12/07/07 | 4:21 p.m.  | Subserved "JOHN DOE" (42 YRS/5'10"/Cauc/M/185#/Brn Hr), Occupant. At the time of service, he refused to accept the documents voluntarily. I announced service and left the documents o ground in front of front door. | 2 |

This Declaration is based upon business records maintained in the normal course of business
I declare under penalty of perjury under the laws of the State of California that the foregoing is
true and correct.
Executed on December 10, 2007           Signature: _____
                                                   Stephen Sabol

**WHEELS OF JUSTICE, INC.**, 657 Mission Street, Suite 502 San Francisco, CA 94105  (415) 546-6000
Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| TERRANCE J. EVANS, ESQ.<br>DUANE MORRIS LLP<br>One Market, Spear Twr, Suite 2000<br>San Francisco, California 94105 | (415) 957-3000 | |
| Attorneys for: LINGUALINX LANGUAGE SOLUTIONS, INC. | Ref. No. Or File No.<br>W2486680 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
LINGUALINX LANGUAGE SOLUTIONS, INC.

Defendant:
ADRIENNE PARDINI

| POS BY MAIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 07-5575 MMC |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On December 7, 2007, I served the within:

SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class, in the United States mail at San Francisco, California, addressed as follows:

ADRIENNE PARDINI
5732 San Jose Avenue
Richmond, California

Person serving:
Scott Simons
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 542
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 10, 2007          Signature: _____
                                             Scott Simons



Judicial Council form, rule 982(a) (23)