

Couch White, LLP
540 Broadway
P.O. Box 22222
Albany, New York 12201-2222
(518) 426-4600
Telecopier: (518) 426-0376

John R. Vero

Direct Dial:  (518) 320-3403
Direct Telecopier:  (518) 320-3498
email: jvero@couchwhite.com

October 16, 2007

**VIA CERTIFIED MAIL AND E-MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Tarek Dachraoui
Loqman Translations
5732 San Jose Avenue
Richmond, California 94804

    Re:    Unlawful Competitive Activities

Dear Mr. Dachraoui:

    We represent LinguaLinx Language Solutions, Inc. (the "Company"). It has come to the Company's attention that Loqman Translations ("Loqman") has been engaging in unlawful competitive activities in violation of the Company's rights, and it has come to the Company's attention that Loqman has been working with former Company employee, Ms. Adrienne Pardini, in contravention of her Confidentiality and Noncompete Agreement (the "Agreement") with the Company, dated January 10, 2007. The Company demands that Loqman immediately cease and desist all unlawful competitive activities or the Company will seek intervention of the courts to obtain appropriate money damages and/or equitable relief against Loqman.

    As you know, the Agreement between the Company and Ms. Pardini sets forth certain ongoing obligations of Ms. Pardini. Ms. Pardini has breached the Agreement with the Company. The Agreement requires that Ms. Pardini refrain from, among other things, using or disclosing any confidential and proprietary Company information. In addition, the Company has reason to believe that Loqman established an e-mail address to which Ms. Pardini was sending confidential and proprietary Company information. Accordingly, if Loqman does not immediately cease working with Ms. Pardini, the Company will take legal action against Loqman to enforce its rights to the fullest extent.

    The Company demands that Loqman return to the undersigned all property of the Company in Loqman's possession, or to which Loqman has access through Ms. Pardini or otherwise, whether in hard copy, electronic form or otherwise and including, without limitation, client files, client lists, data involving potential clients, information regarding Company employees, Company fees and billing information, and any other confidential or

**Exhibit A**

October 16, 2007
Page 2

proprietary information of the Company. You must return all Company property to the undersigned no later than October 24, 2007.

The Company furthermore demands that you cease and desist from contacting or working with any current or former Company employee, as all Company employees are bound to agreements similar to the Agreement.

Finally, nothing set forth in this letter shall be construed as a waiver of any of the Company's rights under the Agreement or otherwise, and the Company hereby expressly reserves all of its rights.

Very truly yours,

COUCH WHITE, LLP

John R. Vero

JRV/cgw
cc:   Mr. David Smith
J:\DATA\Client4 11825-12199\12178\Corres\Dachraoui Letter (v1).doc