STEPHEN H. SUTRO (SBN 172168)
TERRANCE J. EVANS (SBN 227671)
**DUANE MORRIS LLP**
One Market, Spear Tower, Ste 2000
San Francisco, CA 94105
Tel: 415-957-3000
Fax: 415-957-3001
shsutro@duanemorris.com
tjevansvans@duanemorris.com

Attorneys for Plaintiff
LinguaLinx Language Solutions, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINGUALINX LANGUAGE SOLUTIONS, INC. a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADRIENNE PARDINI, an individual, and LOQMAN TRANSLATIONS, a division of LOQMAN COMMUNICATIONS GROUP, LLC,<br><br>Defendants. | Case No. CV-07-5575<br><br>*AMENDED PROOF OF SERVICE ON DEFENDANT ADRIENNE PARDINI MADE <u>DECEMBER 19, 2007</u>* |

I, Brett L. Messinger, upon my oath, depose and say:

---

*PROOF OF SERVICE* DM1\1273517.1

1. I am an attorney at law, admitted to practice before the courts of the states of New Jersey, New York and Pennsylvania, and I am associated with the law firm of Duane Morris LLP, which acts on behalf of Plaintiff LinguaLinx Language Solutions, Inc. in the above case.

2. On December 7, 2007, a process server, *to wit,* Mr. Stephen Sabol, Registered Process Server of the State of California, Registration No. 382, engaged by the firm of Duane Morris LLP, after making various attempts to serve Ms. Pardini with a copy of the summons and complaint, as detailed on the Status Report, attached hereto as Exhibit A, served Ms. Pardini in the following manners:

- By serving the summons and complaint upon an unknown individual at Ms. Pardini's place of business, as shown in the Affidavit of Mr. Sabol attached hereto as Exhibit "B"; and filed at Clerk's Document 7;

- By leaving a copy of the summons and complaint at the residence of Ms. Pardini, after the occupant, a male over the age of 18, refused to accept the documents voluntarily, as shown in the Affidavit of Mr. Sabol, attached hereto as Exhibit "C", and filed at Clerk's Document 7; and

- By mailing a copy of the summons and complaint to Ms. Pardini's residence, located at 5732 San Jose Avenue, Richmond, California, as shown in the Affidavit of Mr. Sabol, attached hereto as Exhibit "D", and filed at Clerk's Document 7.

3. On or about December 19, 2007, counsel for Defendant Ms. Pardini, *to wit,* Jacob Sider, Esquire, of the law of Sommers Law Group, contacted me and stated that he had a copy of the summons and complaint, but stated that it was his

opinion that the service upon the peson at Ms. Pardini's address was not effective, and was subject to a motion to quash service of process.

4. In order to alleviate the filing of a motion to quash the service of process, which was threatened by Mr. Sider, it was agreed that: (1) the Sommers Law Group, on behalf of Ms. Pardini, would accept service of process as of December 19, 2007; and (2) that Pardini would have until January 10, 2008 to file an answer to the Complaint.

5. The agreement as stated in paragraph 4 of this Affidavit, was confirmed by Mr. Sider in his letter dated December 19, 2007, a true and correct copy of which is attached hereto as Exhibit E.[1]

6. Accordingly, the Clerk is requested to enter upon the docket service on Defendant Pardini on December 19, 2007, with a response date of January 10, 2008.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of January, 2008.

_____
Brett L. Messinger

---

[1] Since making the deal to accept service, another attorney of the Sommers Law Group, *to wit*, Stephen Sommers, Esquire, has attempted to renege on the agreement entered by Mr. Sider.

3

*PROOF OF SERVICE* DM1\1273517.1

# WHEELS OF JUSTICE, INC.

657 Mission Street, Suite 502, San Francisco, California 94105   Tel: (415) 546-6000   (fax) 546-6199

W2486680

| | | | |
|---|---|---|---|
| Attorney | TERRANCE J. EVANS, ESQ. | Date | November 1, 2007 |
| Telephone | (415) 957-3000 | Court | UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
| Fax | (415) 957-3001 | Plaintiff | LINGUALINX LANGUAGE SOLUTIONS, INC. |
| Atty File | LINGUALINX LANGUAGE SOLUTIONS, INC. | Defendant | ADRIENNE PARDINI |
| | | Case No. | CV 07-5575 MMC |
| Attention | Beth Coffey | Documents | SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION |
| Firm | DUANE MORRIS LLP | | |
| | One Market, Spear Twr, Suite 2000 San Francisco, California 94105 | | |

Serve: ADRIENNE PARDINI

| Residence Address (1) | Business Address (2) |
|---|---|
| 4701 San Leandro Street Oakland, California 94601 | LOQMAN TRANSLATIONS 5732 San Jose Avenue Richmond, California Bus Phone |

## STATUS REPORT

| Hearing Date | Time | Dept | Last Date to Serve RUSH |
|---|---|---|---|
| Description   Age 42 | Hgt 5'10"   Race Cauc | Wt 185   Sex M | Hair Brown |
| Service Date 12/7/07 | Time 4:21 p.m. | Servers Name Stephen Sabol | |

Report 11/03/07 8:45 a.m.
Male voice on message named Tom
11/04/07 9:40 a.m. No answer - dont' know apt #.
11/07/07 7:45 a.m. No answer on directory intercom
11/17/07 8:30 a.m. No answer - same voicemail
11/23/07 7:30 p.m. No answer - same voicemail
11/25/07 9:15 a.m. No answer - same voicemail
11/28/07 1:45 p.m. No answer - same voicemail
12/01/07 9:40 a.m. No answer - same voicemail
12/02/07 6:15 p.m. No answer - same voicemail
12/06/07 10:27 a.m. Per male occupant, says subject does not live here. She lives in Oakland. Did not want to give his name or his relation to subject. White jeep Liberty lic#5PJV576 in driveway. Attempted at 5732 San Jose Ave.

12/07/07 4:21 p.m.
Subserved "JOHN DOE" (42 yrs/5'10"/Cauc/185 lbs/M/Br hr) at the business address.

Attorney Check Attached _____

Thank you for using WHEELS OF JUSTICE, INC.


Printed on recycled paper

*An invoice will follow with the Monthly Statement*


EXHIBIT A

Case 3:07-cv-05575-MMC    Document 7    Filed 12/12/2007    Page 1 of 3

| | |
|---|---|
| Attorney Or Party Without Attorney (Name and Address):<br>TERRANCE J. EVANS, ESQ.<br>DUANE MORRIS LLP<br>One Market, Spear Twr, Suite 2000<br>San Francisco, California  94105<br>Telephone: (415) 957-3000 | FOR COURT USE ONLY |
| Attorneys for: LINGUALINX LANGUAGE SOLUTIONS, INC. | Ref. No. Or File No.<br>W2486680 |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
LINGUALINX LANGUAGE SOLUTIONS, INC.

Defendant:
ADRIENNE PARDINI

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>CV 07-5575 MMC |
|---|---|---|---|---|

I, Stephen Sabol, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : ADRIENNE PARDINI

By Serving         : "JOHN DOE" (42 yrs/5'10"/Cauc/185 lbs/M/Brn Hr), Occupant

Address            : 5732 San Jose Avenue , Richmond, California
Date & Time        : Friday, December 7, 2007 @ 4:21 p.m.
Witness fees were  : Not applicable.

Person serving:                          a. Fee for service:
Stephen Sabol                            d. Registered California Process Server
**Wheels of Justice, Inc.**                 (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.: 382
San Francisco, California  94105            (3) County: San Francisco
Phone: (415) 546-6000                       (4) Expires: 1/9/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 10, 2007                  Signature: _____
                                                    Stephen Sabol


Printed on recycled paper


EXHIBIT B

TERRANCE J. EVANS, ESQ.
DUANE MORRIS LLP
One Market, Spear Twr, Suite 2000
San Francisco, California 94105
Telephone: (415) 957-3000
Attorneys for: LINGUALINX LANGUAGE SOLUTIONS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff(s)  : LINGUALINX LANGUAGE SOLUTIONS, INC.
Defendant(s) : ADRIENNE PARDINI

Hearing Date:
Time:        Dept.

Invoice No. W2486680    DECLARATION RE DILIGENCE    Case No. CV 07-5575 MMC

I Stephen Sabol, and any employees or independent contractors retained by WHEELS OF JUSTICE, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on

ADRIENNE PARDINI

(3) Alternate Address : ,
(2) Business Address  : 5732 San Jose Avenue, Richmond, California
(1) Residence Address :4701 San Leandro Street, Oakland, California 94601

| Date and time of attempt(s): | | Reason for non-service: | Loc |
|---|---|---|---|
| 11/03/07 | 8:45 a.m. | No answer - male voice on message named Tom. | 1 |
| 11/04/07 | 9:40 a.m. | No answer - don't know apt. # | 1 |
| 11/07/07 | 7:45 a.m. | No answer | 1 |
| 11/17/07 | 8:30 a.m. | No answer | 1 |
| 11/23/07 | 7:30 p.m. | No answer - same voicemail | 1 |
| 11/25/07 | 9:15 a.m. | No answer - same voicemail | 1 |
| 12/01/07 | 9:40 a.m. | No answer - same voicemail | 1 |
| 12/02/07 | 6:15 p.m. | No answer - same voicemail | 2 |
| 12/06/07 | 10:27 a.m. | Per male occupant subject does not live there and lives somewhere in Oakland. He refused to give his name or relation to Adrienne. White Jeep Liberty license number CA5PJV576 on premises. | |
| 12/07/07 | 4:21 p.m. | Subserved "JOHN DOE" (42 YRS/5'10"/Cauc/M/185#/Brn Hr), Occupant. At the time of service, he refused to accept the documents voluntarily. I announced service and left the documents o ground in front of front door. | 2 |

This Declaration is based upon business records maintained in the normal course of business
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on December 10, 2007    Signature: *[signed]*
Stephen Sabol

WHEELS OF JUSTICE, INC., 657 Mission Street, Suite 502 San Francisco, CA 94105 (415) 546-6000
Printed on recycled paper


EXHIBIT C

Case 3:07-cv-05575-MMC    Document 7    Filed 12/12/2007    Page 3 of 3

Attorney Or Party Without Attorney:
TERRANCE J. EVANS, ESQ.
DUANE MORRIS LLP
One Market, Spear Twr, Suite 2000
San Francisco, California  94105
(415) 957-3000

Attorneys for: LINGUALINX LANGUAGE SOLUTIONS, INC.

Ref. No. Or File No.: W2486680

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Plaintiff: LINGUALINX LANGUAGE SOLUTIONS, INC.
Defendant: ADRIENNE PARDINI

**POS BY MAIL**

Case Number: CV 07-5575 MMC

At the time of service I was at least 18 years of age and not a party to this action.
On December 7, 2007, I served the within :

SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class, in the United States mail at San Francisco, California, addressed as follows:

ADRIENNE PARDINI
5732 San Jose Avenue
Richmond, California

Person serving:
Scott Simons
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 542
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 10, 2007

Signature: Scott Simons





EXHIBIT D

Judicial Council form, rule 982(a) (23)

# S O M M E R S . L A W . G R O U P

December 19, 2007

**VIA FAX (215) 979-1020 & U.S. MAIL**
Brett L. Messinger, Esq.
Duane Morris, LLP
30 South 17th Street
Philadelphia, PA 19103

    Re:    *LinguaLinx Language Solutions, Inc. v. Pardini, et al.*

Dear Mr. Messinger,

I write to confirm our telephone conversation earlier today, in which: (1) you agreed to grant Defendant Adrienne Pardini an extension until January 10, 2008 to file her answer to the complaint in this matter; and (2) I agreed that Defendant Adrienne Pardini acknowledges having been served the complaint. Thank you very much, and have a good holiday.

Sincerely,

Jacob Sider



EXHIBIT E

STEPHEN A. SOMMERS, ESQ.
JACOB W. SIDER, ESQ.
* * *
EMPLOYMENT LAW
GENERAL LITIGATION

THE FLOOD BUILDING
870 MARKET STREET, SUITE 1142
SAN FRANCISCO, CALIFORNIA 94102
TEL (415) 839-8569 | FAX (415) 956-0878
WWW.SOMMERSLAW.COM