1  STEPHEN H. SUTRO (SBN 172168)
   TERRANCE J. EVANS (SBN 227671)
2  **DUANE MORRIS LLP**
   One Market, Spear Tower, Ste 2000
3  San Francisco, CA 94105
   Tel: 415-957-3000
4  Fax: 415-957-3001
   shsutro@duanemorris.com
5  tjevansvans@duanemorris.com

6  Attorneys for Plaintiff
   LinguaLinx Language Solutions, Inc.
7

8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12 LINGUALINX LANGUAGE           ) Case No. CV-07-5575
   SOLUTIONS, INC. a New York    )
13 Corporation,                  ) ***STIPULATION ACCEPTING***
                                 ) ***SERVICE OF PROCESS AND***
14        Plaintiff,             ) ***EXTENDING TIME TO ANSWER***
                                 ) ***AS TO THE COMPLAINT***
15                               )
      v.                         )
16                               )
                                 )
17 ADRIENNE PARDINI, an individual, )
   and LOQMAN TRANSLATIONS, a    )
18 division of LOQMAN            )
19 COMMUNICATIONS GROUP, LLC,    )
                                 )
20        Defendants.            )
                                 )
21 _____)

22

23       IT IS HEREBY STIPULATED by and between Sommers Law Group, on

24 behalf of Defendant Adrienne Pardini, and Duane Morris LLP, on behalf Plaintiff

25 LinguaLinx Language Solutions, Inc.: (1) that service is acknowledge and accepted

26

27

28

STIPULATION  DM1\1274199.1

1  by Defendant Adrienne Pardini; and (2) that Defendant Adrienne Pardini shall have
2
3  up to and including January 25, 2008 to file an answer to the Complaint.
4
5  DUANE MORRIS LLP                           SOMMERS LAW GROUP
6  /s/ Terrance J. Evans                      /s/ Stephen A. Sommers
7  Terrance J. Evans                          Stephen A. Sommers
8  Attorneys for Plaintiff LinguaLinx         Attorneys for Defendant Adrienne
9  Language Solutions, Inc.                   Pardini
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION  DM1\1274199.1                    2

*LinguaLinx Language Solutions, Inc. v. Adrienne Pardini, et al.*
United States District Court, Case No. CV 07-5575 MMC

## PROOF OF SERVICE

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is Duane Morris LLP, One Market Plaza, Spear Tower, Suite 2000, San Francisco, California 94105. On the date set forth below, I served the following document(s):

**STIPULATION ACCEPTING SERVICE OF PROCESS AND EXTENDING TIME TO ANSWER AS TO THE COMPLAINT**

on the interested party(ies) in this action in the following manner:

[X]  **BY MAIL:** On the date set forth below, at San Francisco, California, I placed the document(s) in a sealed envelope(s), addressed as set forth below, for collection and mailing with the United States Postal Service. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. According to that practice, the correspondence will be deposited with the United States Postal Service that same day in the ordinary course of business, with first-class prepaid postage thereon. Service made pursuant to CCP § 1013a(3), upon motion of a party served, shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in the affidavit.

| | |
|---|---|
| Stephen Sommers<br>Sommers Law Group<br>870 Market Street, Suite 1142<br>San Francisco, CA 94102<br>F: (415) 956-0878 | *Attorneys for Defendant, Adrienne Pardini* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on <u>January 18, 2008</u>, at San Francisco, California.

_____
Shannon Griffin

DM1\1220242.1                                1                                Case No. 1-04-CV-806004
PROOF OF SERVICE