IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINGUALINX LANGUAGE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADRIENNE PARDINI, et al., <br><br> Defendants. | No. C-07-5575 MMC <br><br> **ORDER DIRECTING PLAINTIFF TO LODGE CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On January 4, 2008, plaintiff electronically filed its Answer to defendant Loqman Communications Group, LLC's counterclaims. Plaintiff has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting a chambers copy of the above-referenced document. Plaintiff is hereby advised that if it fails in the future to comply with the Court's order to provide chambers copies of electronically-filed documents, the Court may impose

1  sanctions, including, but not limited to, striking from the record any electronically-filed
2  document of which a chambers copy has not been timely provided to the Court.

4  **IT IS SO ORDERED.**
5  Dated: January 24, 2008

   MAXINE M. CHESNEY
   United States District Judge