UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LINGUALINX LANGUAGE
SOLUTIONS                    ⊞        Case No.  C 07-05575 MMC
              Plaintiff(s),

                                      ADR CERTIFICATION BY PARTIES
                                      AND COUNSEL

          v.

ADRIENNE PARDINI, ET AL.

              Defendant(s).
_____/

          Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

          (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District
of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov   (*Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45*);

          (2) Discussed the available dispute resolution options provided by the Court and private
entities; and

          (3) Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: Jan. 25, 2008                   LinguaLinx Language          ⊞
                                       [Party] Solutions, by
                                       David Smith,  Pres.

Dated: Jan. 25, 2008                   Terrance Evans
                                       [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled
"ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."