UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LINGUALINX LANGUAGE SOLUTIONS

        Plaintiff(s),

v.

ADRIENNE PARDINI, ET AL.

        Defendant(s).
_____/

CASE NO. C 07-05575 MMC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

**IT IS SO ORDERED**
*Maxine M. Chesney*
Judge Maxine M. Chesney

Dated: January 28, 2008

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: 01-25-08

        Terrance Evans
        Attorney for Plaintiff

Dated: 01-25-08

        Stephen Sommers
        Attorney for Defendant Adrienne Pardini

Dated: 1-25-08

        Felipe Parker
        Attorney for Defendant,
        LOQMAN TRANSLATIONS, a division
        of LOQMAN COMMUNICATIONS GROUP, LLC,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LINGUALINX LANGUAGE SOLUTIONS

    Plaintiff(s),

v.

ADRIENNE PARDINI, ET AL.

    Defendant(s).

CASE NO. C 07-05575 MMC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

**Private Process:**
    Private ADR (please identify process and provider) _____

The parties agree to hold the ADR session by:
    ✓    the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

        other requested deadline _____

Dated: 01-25-08

Terrance Evans
Attorney for Plaintiff

Dated: 01-25-08

Stephen Sommers
Attorney for Defendant Adrienne Pardini

Dated: 1-25-08

Felipe Parker
Attorney for Defendant,
LOQMAN TRANSLATIONS, a division
of LOQMAN COMMUNICATIONS GROUP, LLC