1  STEPHEN H. SUTRO (SBN 172168)
   TERRANCE J. EVANS (SBN 227671)
2  DUANE MORRIS LLP
   One Market, Spear Tower, Ste 2000
3  San Francisco, CA 94105
   Tel: 415-957-3000
4  Fax: 415-957-3001
   shsutro@duanemorris.com
5  tjevansvans@duanemorris.com

6  Attorneys for Plaintiff
   LinguaLinx Language Solutions, Inc.
7

8

9
                    UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA
11

12 LINGUALINX LANGUAGE            )  Case No. CV-07-5575
   SOLUTIONS, INC. a New York     )
13 Corporation,                   )
                                  )  STIPULATION AND ~~PROPOSED~~
14                                )  ORDER TO RESET DATES FOR
        Plaintiff,                )  INITIAL CASE MANAGEMENT
15                                )  CONFERENCE, INITIAL
        v.                        )  DISCLOSURES AND RULE 26(f)
16                                )  REPORT
                                  )
17 ADRIENNE PARDINI, an           )
   individual, and LOQMAN         )
18 TRANSLATIONS, a division of    )
19 LOQMAN COMMUNICATIONS          )
   GROUP, LLC,                    )
20                                )
                                  )
21      Defendants.               )

22

23      IT IS HEREBY STIPULATED AND AGREED by and between the parties,

24 through their undersigned attorneys that a postponement of the initial case

25 management conference, service of initial disclosures, and the filing of the Rule

26
27 26(f) Report is appropriate so that the parties can conclude a settlement which has

28

---
STIPULATION and PROPOSED ORDER  DM1\1283722.1

1  been substantially agreed to in principle. The parties propose the following new
2  dates:

| Current Date | Proposed New Date | Event |
|---|---|---|
| 2/8/2008 | 2/29/2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) and file Case Management Statement |
| 2/15/2008 | 3/7/2008 | INITIAL CASE MANAGEMENT CONFERENCE |

DUANE MORRIS LLP

_____
Terrance J. Evans
Attorneys for Plaintiff LinguaLinx
Language Solutions, Inc.

SOMMERS LAW GROUP

_____
Stephen A. Sommers
Attorneys for Defendant Adrienne Pardini

LAW OFFICES OF FELIPE PARKER

_____  1/31/08
Felipe Parker

Attorneys for Loqman Translations, a
division of Loqman Communications
Group, LLC

## ORDER

AND NOW, *to wit*, the parties having reported to the Court that the parties have substantially agreed in principle to a settlement, but that they need additional time to formalize their agreement and reduce it to writing, and for other good cause shown, it is ORDERED that the ORDER SETTING INITIAL CASE

2
STIPULATION and PROPOSED ORDER  DM1\1283722.1

been substantially agreed to in principle. The parties propose the following new dates:

| Current Date | Proposed New Date | Event |
|---|---|---|
| 2/8/2008 | 2/29/2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) and file Case Management Statement |
| 2/15/2008 | 3/7/2008 | INITIAL CASE MANAGEMENT CONFERENCE |

DUANE MORRIS LLP

*/s/ Terrance J. Evans*

Terrance J. Evans

Attorneys for Plaintiff LinguaLinx Language Solutions, Inc.

SOMMERS LAW GROUP

*/s/ Stephen A. Sommers*   1/31/2008

Stephen A. Sommers

Attorneys for Defendant Adrienne Pardini

LAW OFFICES OF FELIPE PARKER

Felipe Parker

Attorneys for Loqman Translations, a division of Loqman Communications Group, LLC

ORDER

AND NOW, *to wit*, the parties having reported to the Court that the parties have substantially agreed in principle to a settlement, but that they need additional time to formalize their agreement and reduce it to writing, and for other good cause shown, it is ORDERED that the ORDER SETTING INITIAL CASE

2

STIPULATION and PROPOSED ORDER

MANAGEMENT CONFERENCE AND ADR DEADLINES (Doc. 2) is amended as follows:

2/29/2008 — Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) and file Case Management Statement

3/14/2008 ~~3/7/2008~~ — INITIAL CASE MANAGEMENT CONFERENCE

AND IT IS SO ORDERED:

Dated: February 4, 2008

_____
MAXINE M. CHESNEY
United States Magistrate Judge

STIPULATION and PROPOSED ORDER  DM1\1283722.1

3