1  STEPHEN H. SUTRO (SBN 172168)
   TERRANCE J. EVANS (SBN 227671)
2  **DUANE MORRIS LLP**
   One Market, Spear Tower, Ste 2000
3  San Francisco, CA  94105
   Tel: 415-957-3000
4  Fax: 415-957-3001
   shsutro@duanemorris.com
5  tjevansvans@duanemorris.com

6  Attorneys for Plaintiff
   LinguaLinx Language Solutions, Inc.
7

8

9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA

11
   LINGUALINX LANGUAGE            )  Case No. CV-07-5575
12 SOLUTIONS, INC. a New York     )
13 Corporation,                   )  ***STIPULATION AND*** ~~PROPOSED~~
                                  )  ***ORDER TO RESET DATES FOR***
14      Plaintiff,                )  ***INITIAL CASE MANAGEMENT***
                                  )  ***CONFERENCE, INITIAL***
15                                )  ***DISCLOSURES AND RULE 26(f)***
        v.                        )  ***REPORT***
16                                )
17 ADRIENNE PARDINI, an           )
   individual, and LOQMAN         )
18 TRANSLATIONS, a division of    )
19 LOQMAN COMMUNICATIONS          )
   GROUP, LLC,                    )
20                                )
21      Defendants.               )

22

23      IT IS HEREBY STIPULATED AND AGREED by and between the parties,

24 through their undersigned attorneys that a postponement of the initial case

25 management conference, service of initial disclosures, and the filing of the Rule

26

27 26(f) Report is appropriate so that the parties can conclude a settlement which has

28

---

**STIPULATION and PROPOSED ORDER**  DM1\1283722.1

been substantially agreed to and is embodied in agreements which have been circulated without prejudice. The parties propose the following new dates:

| Current Date | Proposed New Date | Event |
|---|---|---|
| 2/29/2008 | 3/14/2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) and file Case Management Statement |
| 3/14/2008 | 3/28/2008 | INITIAL CASE MANAGEMENT CONFERENCE |

DUANE MORRIS LLP

_____
Terrance J. Evans
Attorneys for Plaintiff LinguaLinx Language Solutions, Inc.

SOMMERS LAW GROUP

_____
Stephen A. Sommers
Attorneys for Defendant Adrienne Pardini

LAW OFFICES OF FELIPE PARKER

_____
Felipe Parker
Attorneys for Loqman Translations, a division of Loqman Communications Group, LLC

## ORDER

AND NOW, *to wit,* the parties having reported to the Court that the parties have substantially agreed in principle to a settlement, but that they need additional time to formalize their agreement and reduce it to writing, and for other good cause shown, it is ORDERED that the ORDER SETTING INITIAL CASE

STIPULATION and PROPOSED ORDER   DM1\1283722.1

1  been substantially agreed to and is embodied in agreements which have been
2  circulated without prejudice. The parties propose the following new dates:

| Current Date | Proposed New Date | Event |
|---|---|---|
| 2/29/2008 | 3/14/2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) and file Case Management Statement |
| 3/14/2008 | 3/28/2008 | INITIAL CASE MANAGEMENT CONFERENCE |

DUANE MORRIS LLP                                SOMMERS LAW GROUP

_____                 _____
Terrance J. Evans                               Stephen A. Sommers

Attorneys for Plaintiff LinguaLinx              Attorneys for Defendant Adrienne
Language Solutions, Inc.                        Pardini

LAW OFFICES OF FELIPE PARKER

_____  2/25/08
Felipe Parker

Attorneys for Loqman Translations, a
division of Loqman Communications
Group, LLC

## ORDER

AND NOW, *to wit*, the parties having reported to the Court that the parties have substantially agreed in principle to a settlement, but that they need additional time to formalize their agreement and reduce it to writing, and for other good cause shown, it is ORDERED that the ORDER SETTING INITIAL CASE

been substantially agreed to and is embodied in agreements which have been circulated without prejudice. The parties propose the following new dates:

| Current Date | Proposed New Date | Event |
|---|---|---|
| 2/29/2008 | 3/14/2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) and file Case Management Statement |
| 3/14/2008 | 3/28/2008 | INITIAL CASE MANAGEMENT CONFERENCE |

DUANE MORRIS LLP

_____
Terrance J. Evans

Attorneys for Plaintiff LinguaLinx Language Solutions, Inc.

SOMMERS LAW GROUP

_____
Stephen A. Sommers

Attorneys for Defendant Adrienne Pardini

LAW OFFICES OF FELIPE PARKER

_____
Felipe Parker

Attorneys for Loqman Translations, a division of Loqman Communications Group, LLC

## ORDER

AND NOW, *to wit*, the parties having reported to the Court that the parties have substantially agreed in principle to a settlement, but that they need additional time to formalize their agreement and reduce it to writing, and for other good cause shown, it is ORDERED that the ORDER SETTING INITIAL CASE

---

2

*STIPULATION and PROPOSED ORDER*  DM1\1283722.1

MANAGEMENT CONFERENCE AND ADR DEADLINES (Doc. 2) is amended as follows:

3/14/2008   Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) and file Case Management Statement

3/28/2008   INITIAL CASE MANAGEMENT CONFERENCE

AND IT IS SO ORDERED:

Dated: February 27, 2008

_____
MAXINE M. CHESNEY
United States Magistrate Judge