STEPHEN H. SUTRO (SBN 172168)
TERRANCE J. EVANS (SBN 227671)
**DUANE MORRIS LLP**
One Market, Spear Tower, Ste 2000
San Francisco, CA 94105
Tel: 415-957-3000
Fax: 415-957-3001
shsutro@duanemorris.com
tjevansvans@duanemorris.com

Attorneys for Plaintiff
LinguaLinx Language Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINGUALINX LANGUAGE SOLUTIONS, INC. a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADRIENNE PARDINI, an individual, and LOQMAN TRANSLATIONS, a division of LOQMAN COMMUNICATIONS GROUP, LLC,<br><br>Defendants. | Case No. CV-07-5575<br><br>**REQUEST FOR ORDER GRANTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE OR IN THE ALTERNATIVE ALLOWING APPEARANCE BY TELEPHONE**<br><br>Date: March 28, 2008<br>Time: 10:30 a.m.<br>Dept: 7 |

Terrance J. Evans, counsel for Plaintiff LinguaLinx Language Solutions, Inc. hereby requests that the Court grant a continuance of the Initial Case Management Conference until Friday, April 11, 2008, or, in the alternative, Mr. Evans requests that this Court issue an order allowing him appear by telephone for the Initial Case

1  Management Conference presently scheduled for this Friday, March 28, 2008, at
2  10:30 a.m.
3
4  DUANE MORRIS LLP

   _____
6  Terrance J. Evans
7  Attorneys for Plaintiff LinguaLinx
   Language Solutions, Inc.
8
9
10      IT IS HERE BY ORDERED THAT:
11
12      1.   The Initial Case Management Conference is continued until Friday,
13  April 11, 2008; or
14      2.   Mr. Evans may appear by telephone for the Initial Case Management
15  Conference presently scheduled for this Friday, March 28, 2008, at 10:30 a.m.
16
17  Dated, March __, 2008                _____
                                         MAXINE M. CHESNEY
18                                       UNITED STATES DISTRICT JUDGE

---

2

REQUEST FOR ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
OR ALTERNATIVELY, ALLOWING TELEPHONIC APPEARANCE