CIVIL MINUTES

Judge MAXINE M. CHESNEY

Date: MAR 28 2008

C-07-5575-MMC (MED)

LinguaLinx Language Solutions        Adrienne Pardini et al

Attorneys: Terrance Evans              Felipe Parker

Deputy Clerk: TRACY LUCERO        Reporter: NOT REPORTED

**PROCEEDINGS:**                                             **RULING:**

1. _____   _____

2. _____   _____

3. _____   _____

4. _____   _____

( ) Status Conference    ( ) P/T Conference    (✓) Initial Case Management Conference (by phone)

**ORDERED AFTER HEARING:**

Court directed counsel for ∆ Pardini - Stephen Sommers - to file Declaration no later than 3/31/08 RE: failure to participate in conference call - or Court will issue OSC.

( ) ORDER TO BE PREPARED BY:   Plntf____  Deft____  Court____

( ) Referred to Magistrate For: _____

※ (✓) CASE CONTINUED TO 4/11/08 @ 10:30  for Continued Case Management Conference

Discovery Cut-Off _____  Expert Discovery Cut-Off _____

Plntf to Name Experts by _____  Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____ Set for ____ days
Type of Trial: ( )Jury  ( )Court

Notes: ※ Joint Case Management Statement due by 4/4/08.

(20 min)