IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LINGUALINX LANGUAGE SOLUTIONS, INC., a New York Corporation,

    Plaintiff,

v.

ADRIENNE PARDINI, et al.,

    Defendants

No. C 07-5575 MMC

**ORDER RE: ABSENCE FROM CASE MANAGEMENT CONFERENCE**

The Court is in receipt of the Declaration of Stephen Sommers, filed March 31, 2008.

Having read and considered the declaration, the Court accepts counsel's explanation for his absence from the March 28, 2008 Case Management Conference.

If the case is not fully resolved in the near future, however, counsel is advised to file a formal motion to withdraw.

**IT IS SO ORDERED.**

Dated: March 31, 2008

MAXINE M. CHESNEY
United States District Judge