Felipe R. Parker (SBN 246212)

The Law Office of Felipe Parker
405 49th Street
Oakland, CA 94609
Main:   415.484.1449
Fax:    415.294.2888
info@fparkerlaw.com

Attorney for Defendant
Loqman Translations

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINGUALINX LANGUAGE SOLUTIONS, INC,<br><br>              Plaintiff,<br><br>     v.<br><br>PARDINI ET AL,<br><br>              Defendants. | CASE NO. CV 07 5575 MMC<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT** |

  This statement supplements the joint case management statement filed in this case on March 14, 2008.  Defendant Adrienne Pardini has notarized the settlement agreement. Plaintiff received the notarized agreement on Friday, April 4, 2008, the date of the filing of this supplemental case management statement.  The parties have fully settled the case. The parties intended to submit a joint stipulation to dismissal in lieu of this statement, but will not have defendant Pardini's signature on the stipulation until this weekend.  The parties will file the joint stipulation to dismissal on Monday as soon as all the parties have

1 signed the stipulation.  Attached hereto as Exhibit A is a partially executed joint
2 stipulation to dismissal.
3 DATED: April 4, 2008                                THE LAW OFFICE OF FELIPE PARKER

/s/ _____
Felipe R. Parker
Attorney for Defendant
Loqman Translations

# EXHIBIT A

# EXHIBIT A

1  Felipe R. Parker (SBN 246212)
2  The Law Office of Felipe Parker
3  405 49th Street
   Oakland, CA 94609
4  Main:  415.484.1448
   Fax:   415.294.2888
5  info@fparkerlaw.com
6
7  Attorney for Defendant
   Loqman Translations
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINGUALINX LANGUAGE SOLUTIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> PARDINI ET AL, <br><br> Defendants. | CASE NO. CV 07 5575 MMC <br><br> **JOINT STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that the entire action and all parties be dismissed pursuant to Fed. R. Civ. P. 41(a)(1) without prejudice. Each side will bear its own costs and fees.

///
///
///
///
///

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: March__, 2008 | DUANE MORRIS LLP |
| 3 | | |
| 4 | | *T. Evans /sm*<br>Terrance J. Evans |
| 5 | | Attorneys for Plaintiff |
| 6 | | LinguaLinx Language Solutions, Inc. |
| 7 | DATED: ~~March~~ APRIL 4 __, 2008 | LAW OFFICE OF FELIPE PARKER |
| 8 | | |
| 9 | | /s/<br>Felipe R. Parker |
| 10 | | Attorney for Defendant |
| 11 | | Loqman Translations, a division of Loqman Communications Group, LLC. |
| 12 | | |
| 13 | DATED: March__, 2008 | SOMMERS LAW GROUP |

DATED: March__, 2008          DUANE MORRIS LLP

*T. Evans /sm*
Terrance J. Evans
Attorneys for Plaintiff
LinguaLinx Language Solutions, Inc.

APRIL 4
DATED: ~~March~~ __, 2008     LAW OFFICE OF FELIPE PARKER

/s/
Felipe R. Parker
Attorney for Defendant
Loqman Translations, a division of Loqman Communications Group, LLC.

DATED: March__, 2008          SOMMERS LAW GROUP


Stephen A. Sommers
Attorneys for Defendant
Adrienne Pardini

PURSUANT TO STIPULATION, **IT IS SO ORDERED**

DATED: March__, 2008

Honorable Maxine M. Chesney
United States District Judge

-- Page 2 of 2 --
Lingualinx v. Pardini et al. (Case No. CV 07 5575 MMC)
**JOINT STIPULATION OF DISMISSAL**