Felipe R. Parker (SBN 246212)
The Law Office of Felipe Parker
405 49th Street
Oakland, CA 94609
Main: 415.484.1448
Fax: 415.294.2888
info@fparkerlaw.com

Attorney for Defendant
Loqman Translations

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINGUALINX LANGUAGE SOLUTIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> PARDINI ET AL, <br><br> Defendants. | CASE NO. CV 07 5575 MMC <br><br> JOINT STIPULATION OF DISMISSAL AND [PROPOSED ORDER] |

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that the entire action and all parties be dismissed pursuant to Fed. R. Civ. P. 41(a)(1) without prejudice. Each side will bear its own costs and fees.

///
///
///
///
///

```
 1
 2  DATED: March__, 2008                    DUANE MORRIS LLP
 3
 4                                          /s/ T. Evans
                                            Terrance J. Evans
 5                                          Attorneys for Plaintiff
                                            LinguaLinx Language Solutions, Inc.
 6
              APRIL 4
 7  DATED: March__, 2008                    LAW OFFICE OF FELIPE PARKER
 8
                                            /s/
 9
                                            Felipe R. Parker
10                                          Attorney for Defendant
                                            Loqman Translations, a division of Loqman
11                                          Communications Group, LLC.
12         3 April 08
13  DATED: March__, 2008
14
15
16                                          Adrienne Pardini   pro se defendant
17
18  PURSUANT TO STIPULATION, IT IS SO ORDERED
19
20  DATED: March__, 2008
                                            _____
21                                          Honorable Maxine M. Chesney
                                            United States District Judge
22
```