1  Felipe R. Parker (SBN 246212)
2  The Law Office of Felipe Parker
3  405 49th Street
   Oakland, CA 94609
4  Main:  415.484.1448
5  Fax:   415.294.2888
   info@fparkerlaw.com
6
7  Attorney for Defendant
   Loqman Translations
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINGUALINX LANGUAGE SOLUTIONS, INC, | CASE NO. CV 07 5575 MMC |
| Plaintiff, | JOINT STIPULATION OF DISMISSAL ~~AND~~ ~~[PROPOSED]~~ ORDER |
| v. | |
| PARDINI ET AL, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that the entire action and all parties be dismissed pursuant to Fed. R. Civ. P. 41(a)(1) without prejudice. Each side will bear its own costs and fees.

///
///
///
///
///

```
 1
 2  DATED: March __, 2008              DUANE MORRIS LLP
 3
 4                                     /s/ T. Evans
                                       Terrance J. Evans
 5                                     Attorneys for Plaintiff
                                       LinguaLinx Language Solutions, Inc.
 6
            APRIL 4
 7  DATED: March __, 2008              LAW OFFICE OF FELIPE PARKER
 8
                                       /s/
 9
                                       Felipe R. Parker
10                                     Attorney for Defendant
                                       Loqman Translations, a division of Loqman
11                                     Communications Group, LLC.
12         3 April 08
    DATED: March __, 2008
13
14
                                       /s/ A. Pardini
15
16                                     Adrienne Pardini   PRO SE DEFENDANT
17
18  PURSUANT TO STIPULATION, IT IS SO ORDERED
19         April 9
    DATED: March __, 2008              /s/ Maxine M. Chesney
20
                                       Honorable Maxine M. Chesney
21                                     United States District Judge
22
```

– Page 2 of 2 –
Lingualinx v. Pardini et al. (Case No. CV 07 5575 MMC)
JOINT STIPULATION OF DISMISSAL